**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALISHER ISMOILOV,<br><br>        Petitioner,<br><br>      v.<br><br>DAVID MARIN, <u>et</u> <u>al.</u>,<br><br>        Respondents. | Case No. ED CV 26-00450 FMO (DSR)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT** |

On February 9, 2026, the court granted petitioner's request for a Temporary Restraining Order ("TRO") and ordered respondents to release petitioner forthwith. (<u>See</u> Dkt. 7, Court's Order of February 9, 2026 at 10-11). Petitioner was released on February 10, 2026. (Dkt. 8, Respondents' Notice of Compliance and Response ("Response") at 2). Because the standards for granting a TRO and a preliminary injunction are the same, <u>see</u> <u>Stuhlbarg Int'l Sales Co. v. John D. Brush & Co.</u>, 240 F.3d 832, 839 n. 7 (9th Cir. 2001), the court construed petitioner's TRO application as an application for a preliminary injunction ("PI Application"). (Dkt. 7, Court's Order of February 9, 2026, at 11). Respondents timely filed an opposition to the PI Application on February 8, 2026, asserting that the case is moot in light of petitioner's release. (Dkt. 8, Response at 2-3). Petitioner did not file a reply in support of the PI application by the deadline and therefore did not address respondents' mootness argument. (<u>See</u>, <u>generally</u>, Dkt.); <u>see</u> <u>also</u> <u>Pamela S. v. Bisignano</u>, 2025 WL 2399145, *4 (E.D. Wash. 2025) ("If a party fails to counter an argument that

the opposing party makes, the Court may treat that argument as conceded."). Having reviewed the record, the court is persuaded that the case is now moot. Accordingly, IT IS ORDERED THAT:

    1. Petitioner's Petition for Writ of Habeas Corpus (Document No. 1) and PI Application **(Document No. 2)** are **denied as moot**.

    2. The above-captioned case is **dismissed without prejudice**.

    3. Judgment shall be entered accordingly.

Dated this 20th day of March, 2026.

                          /s/
                      Fernando M. Olguin
                 United States District Judge