JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ALISHER ISMOILOV,

                Petitioner,

           v.

DAVID MARIN, et al.,

                Respondents.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. ED CV 26-00450 FMO (DSR)

**JUDGMENT**

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 20th day of March, 2026.

                                /s/
                        Fernando M. Olguin
               United States District Judge